**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EUGENE KORTE,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>MIDLAND FUNDING, LLC; et al.,<br><br>        Defendants - Appellees. | No. 13-17478<br><br>D.C. No. 2:13-cv-00035-JAM<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: REINHARDT, FISHER, and HURWITZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon,* 789 F.2d 1328, 1330 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable); *see also In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

SM/Pro Se